B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### District of Arizona

In re    **PHILIP GEORGE ZWEIG**                              ,    Case No.    **2:12-bk-22024**

                                     Debtor                                       Chapter                  **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 699,870.00 | | |
| B - Personal Property | Yes | 4 | 7,160.29 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 989,759.79 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 482,632.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 7,362.67 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 8,973.45 |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| Total Assets | | | 707,030.29 | | |
| Total Liabilities | | | | 1,472,391.79 | |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## District of Arizona

In re    **PHILIP GEORGE ZWEIG** _____ ,    Case No. __**2:12-bk-22024**__

Debtor

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 7,362.67 |
| Average Expenses (from Schedule J, Line 18) | 8,973.45 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 2,685.56 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 284,941.79 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 482,632.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 767,573.79 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6A (Official Form 6A) (12/07)

.

In re    **PHILIP GEORGE ZWEIG**                                    ,    Case No.    **2:12-bk-22024**
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **REAL ESTATE LOCATED AT 1933 E. GEMINI PLACE, CHANDLER AZ 85249** | **FEE SIMPLE** | - | 426,870.00 | 587,267.29 |
| **RENTAL PROPERTY LOCATED AT 897 E. CHERRY HILLS CHANDLER, AZ 85249** | **FEE SIMPLE** | - | 215,000.00 | 230,492.50 |
| **RENTAL PROPERTY LOCATED AT 7147 W. WESTVIEW PHOENIX, AZ 85030** | **FEE SIMPLE** | - | 58,000.00 | 162,000.00 |

|  | Sub-Total > | 699,870.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 699,870.00 |  |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re **PHILIP GEORGE ZWEIG** , Case No. **2:12-bk-22024**
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | CHECKING ACCOUNT WITH ARIZONA BANK & TRUST (1482) | - | 40.05 |
| | | JOINT CHECKING ACCOUNT WITH CHASE (4716) | - | 46.57 |
| | | BUSINESS ACCOUNT WITH ARIZONA BANK & TRUST | - | 15.67 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | HOUSEHOLD GOODS AND FURNISHINGS: STOVE ($50), REFRIGERATOR ($40), STEREO ($100),TELEVISION ($100), VCR/DVD PLAYER ($20), WASHER ($35), DRYER ($35), COUCH ($100), LOVE SEAT ($5), CHAIRS ($50), TABLES ($80), LAMPS ($50), BEDS ($180), DRESSERS ($100), AND NIGHT STAND ($80) LOCATED AT 1933 E. GEMINI PLACE, CHANDLER AZ 85249 | C | 1,025.00 |
| | | MICROWAVE ($30) AND TELEVISION ($100) LOCATED AT 1933 E. GEMINI PLACE, CHANDLER AZ 85249 | - | 130.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | ARTWORK LOCATED AT 1933 E. GEMINI PLACE, CHANDLER AZ 85249 | - | 100.00 |
| | | CD'S AND BOOKS LOCATED AT 1933 E. GEMINI PLACE, CHANDLER AZ 85249 | - | 50.00 |
| 6. Wearing apparel. | | USED CLOTHING LOCATED AT 1933 E. GEMINI PLACE, CHANDLER AZ 85249 | - | 500.00 |
| 7. Furs and jewelry. | | WATCH LOCATED AT 1933 E. GEMINI PLACE, CHANDLER AZ 85249 | - | 25.00 |

Sub-Total > **1,932.29**
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re **PHILIP GEORGE ZWEIG** , Case No. **2:12-bk-22024**
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | COSTUME JEWELRY: SILVER BRACELETS LOCATED AT 1933 E. GEMINI PLACE, CHANDLER AZ 85249 | - | 30.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | SPORT/HOBBY EQUIPMENT : BASKETBALLS AND RAQUETS LOCATED AT 1933 E. GEMINI PLACE, CHANDLER AZ 85249 | - | 50.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | BUSINESS: RMLJ HOLDINGS, LLC, NO CASH VALUE | - | 0.00 |
| | | BUSINESS: FLIP-DOC LLC, NO CASH VALUE OR ASSETS | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total > 80.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **PHILIP GEORGE ZWEIG**                ,    Case No.    **2:12-bk-22024**

                                       Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **MOTOR VEHICLE: 2003 MERCEDES BENZ E500 SEDAN (VALUATION BASED ON KELLEY BLUE BOOK IN FAIR CONDITION WITH 142,000 MILES) LOCATED AT 1933 E. GEMINI PLACE, CHANDLER AZ 85249** | C | 4,948.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

Sub-Total >      **4,948.00**
(Total of this page)

Case 2:12-bk-22024-BKM    Doc 10    Filed 10/15/12    Entered 10/15/12 22:26:41    Desc
Main Document      Page 6 of 36

Best Case Bankruptcy

In re    **PHILIP GEORGE ZWEIG**                                        ,    Case No.    __2:12-bk-22024__
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | **COMPUTER, CELL PHONE, DESK, AND PRINTER LOCATED AT 1933 E. GEMINI PLACE, CHANDLER AZ 85249** | - | 200.00 |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >                    200.00
(Total of this page)
Total >                    7,160.29

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re    **PHILIP GEORGE ZWEIG**                ,      Case No.   __**2:12-bk-22024**__

                                     Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ■ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                         $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                    *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **REAL ESTATE LOCATED AT 1933 E. GEMINI PLACE, CHANDLER AZ 85249** | **Ariz. Rev. Stat. § 33-1101(A)** | **150,000.00** | **426,870.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **JOINT CHECKING ACCOUNT WITH CHASE (4716)** | **Ariz. Rev. Stat. § 33-1126A9** | **150.00** | **46.57** |
| **Household Goods and Furnishings** | | | |
| **HOUSEHOLD GOODS AND FURNISHINGS: STOVE ($50), REFRIGERATOR ($40), STEREO ($100),TELEVISION ($100), VCR/DVD PLAYER ($20), WASHER ($35), DRYER ($35),  COUCH ($100), LOVE SEAT ($5), CHAIRS ($50), TABLES ($80), LAMPS ($50), BEDS ($180), DRESSERS ($100), AND NIGHT STAND ($80) LOCATED AT 1933 E. GEMINI PLACE, CHANDLER AZ 85249** | **Ariz. Rev. Stat. § 33-1123** | **4,000.00** | **1,025.00** |
| **Wearing Apparel** | | | |
| **USED CLOTHING LOCATED AT 1933 E. GEMINI PLACE, CHANDLER AZ 85249** | **Ariz. Rev. Stat. § 33-1125(1)** | **500.00** | **500.00** |
| **Furs and Jewelry** | | | |
| **WATCH LOCATED AT 1933 E. GEMINI PLACE, CHANDLER AZ 85249** | **Ariz. Rev. Stat. § 33-1125(6)** | **100.00** | **25.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **MOTOR VEHICLE: 2003 MERCEDES BENZ E500 SEDAN (VALUATION BASED ON KELLEY BLUE BOOK IN FAIR CONDITION WITH 142,000 MILES) LOCATED AT 1933 E. GEMINI PLACE, CHANDLER AZ 85249** | **Ariz. Rev. Stat. § 33-1125(8)** | **5,000.00** | **4,948.00** |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| **COMPUTER, CELL PHONE, DESK, AND PRINTER LOCATED AT 1933 E. GEMINI PLACE, CHANDLER AZ 85249** | **Ariz. Rev. Stat. § 33-1130(1)** | **2,500.00** | **200.00** |
| | | Total:    **162,250.00** | **433,614.57** |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re __PHILIP GEORGE ZWEIG__ , Case No. __2:12-bk-22024__

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **N/A** <br><br> DAVID WEST <br> P.O. BOX 17999 <br> SALEM, OR 97305 | | - | THIRD MORTGAGE <br><br> RENTAL PROPERTY LOCATED AT 897 E. CHERRY HILLS CHANDLER, AZ 85249 <br><br> Value $ 215,000.00 | | | | 15,000.00 | 15,000.00 |
| Account No. **N/A** <br><br> DAVID WEST <br> P.O. BOX 17999 <br> SALEM, OR 97305 | | - | MORTGAGE <br><br> RENTAL PROPERTY LOCATED AT 7147 W. WESTVIEW PHOENIX, AZ 85030 <br><br> Value $ 58,000.00 | | | | 147,000.00 | 89,000.00 |
| Account No. **N/A** <br><br> DAVID WEST <br> P.O. BOX 17999 <br> SALEM, OR 97305 | | - | SECOND MORTGAGE <br><br> RENTAL PROPERTY LOCATED AT 7147 W. WESTVIEW PHOENIX, AZ 85030 <br><br> Value $ 58,000.00 | | | | 15,000.00 | 15,000.00 |
| Account No. **0713900776** <br><br> GMAC <br> P.O. BOX 4622 <br> WATERLOO, IA 50704 | | - | Opened 8/16/04 Last Active 8/10/12 <br><br> MORTGAGE <br><br> REAL ESTATE LOCATED AT 1933 E. GEMINI PLACE, CHANDLER AZ 85249 <br><br> Value $ 426,870.00 | | | | 325,971.00 | 0.00 |

__1__ continuation sheets attached

Subtotal (Total of this page)

| 502,971.00 | 119,000.00 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **PHILIP GEORGE ZWEIG**                                            ,   Case No.   **2:12-bk-22024**
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. **1020** | | | | | AUTOMOBILE LOAN MOTOR VEHICLE: 2003 MERCEDES BENZ E500 SEDAN (VALUATION BASED ON KELLEY BLUE BOOK IN FAIR CONDITION WITH 142,000 MILES) LOCATED AT 1933 E. GEMINI PLACE, CHANDLER AZ 85249 | | | | | |
| **JOSEPH ZWEIG 701 STRATFORD TERRRACE VALPARAISO, IN 46383** | | - | | | | | | | | |
| | | | | | Value $        4,948.00 | | | | 10,000.00 | 5,052.00 |
| Account No. 0597804749 | | | | | MORTGAGE RENTAL PROPERTY LOCATED AT 897 E. CHERRY HILLS CHANDLER, AZ 85249 | | | | | |
| **NATIONSTAR MORTGAGE P.O. BOX 650783 DALLAS, TX 75265** | | - | | | | | | | | |
| | | | | | Value $        215,000.00 | | | | 155,192.50 | 0.00 |
| Account No. 0650-650-0132274-1998 | | | | | SECOND MORTGAGE REAL ESTATE LOCATED AT 1933 E. GEMINI PLACE, CHANDLER AZ 85249 | | | | | |
| **WELLS FARGO P.O. BOX 10399 PHOENIX, AZ 85064** | | - | | | | | | | | |
| | | | | | Value $        426,870.00 | | | | 261,296.29 | 160,397.29 |
| Account No. xxxxxxxx91-18 | | | | | SECOND MORTGAGE RENTAL PROPERTY LOCATED AT 897 E. CHERRY HILLS CHANDLER, AZ 85249 | | | | | |
| **WELLS FARGO BUSINESS 100 W. WASHINGTON ST PHOENIX, AZ 85003** | | - | | | | | | | | |
| | | | | | Value $        215,000.00 | | | | 60,300.00 | 492.50 |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet _**1**_ of _**1**_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 486,788.79 | 165,941.79 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 989,759.79 | 284,941.79 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re   **PHILIP GEORGE ZWEIG**                                                                  ,   Case No.   **2:12-bk-22024**
                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

1  continuation sheets attached

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re    **PHILIP GEORGE ZWEIG**                                                    ,    Case No.    **2:12-bk-22024**
                                            Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | NOTICE ONLY | | | | | | |
| **ARIZONA DEPARTMENT OF REVENUE 1600 W. MONROE PHOENIX, AZ 85007-2650** | C | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | NOTICE ONLY | | | | | | |
| **INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  **1**  of  **1**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 0.00 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re     **PHILIP GEORGE ZWEIG** , Case No.  **2:12-bk-22024**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **1115**<br><br>**ANN TAYLOR**<br>**P.O. BOX 182273**<br>**COLUMBUS, OH 43218** | **X** | - | | | **REVOLVING ACCOUNT** | | | | **Unknown** |
| Account No. 3640011363231<br><br>Aurora Bank Fsb<br>10350 Park Meadows Dr St<br>Littleton, CO 80124 | | - | | | Opened 10/19/01  Last Active  1/01/03<br>NOTICE ONLY | | | | 0.00 |
| Account No. 3640011577640<br><br>Aurora Bank Fsb<br>10350 Park Meadows Dr St<br>Littleton, CO 80124 | | - | | | Opened  2/15/02  Last Active  2/01/03<br>NOTICE ONLY | | | | 0.00 |
| Account No. 3640017068016<br><br>Aurora Bank Fsb<br>10350 Park Meadows Dr St<br>Littleton, CO 80124 | | - | | | Opened 10/16/03  Last Active  6/01/04<br>NOTICE ONLY | | | | 0.00 |

_**8**__  continuation sheets attached

Subtotal
(Total of this page)    **0.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

In re __PHILIP GEORGE ZWEIG_____,  Case No. __2:12-bk-22024_____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. 3640017506171 | | - | | | Opened 3/01/04 Last Active 6/11/12 Mortgage | | | | |
| Aurora Bank Fsb 10350 Park Meadows Dr St Littleton, CO 80124 | | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. 3640011362183 | | - | | | Opened 11/14/01 NOTICE ONLY | | | | |
| Aurora Bank Fsb 10350 Park Meadows Dr St Littleton, CO 80124 | | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. 3640011422862 | | - | | | Opened 11/14/01 NOTICE ONLY | | | | |
| Aurora Bank Fsb 10350 Park Meadows Dr St Littleton, CO 80124 | | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. 5490-3304-8511-4539 | X | - | | | Opened 5/29/09 Last Active 8/01/10 CREDIT CARD PURCHASES | | | | |
| BANK OF AMERICA P.O. BOX 301200 LOS ANGELES, CA 90030 | | | | | | | | | |
| | | | | | | | | | Unknown |
| Account No. 5200010029200082 | | - | | | Opened 1/30/98 Last Active 5/05/05 NOTICE ONLY | | | | |
| Bank Of America Po Box 982235 El Paso, TX 79998 | | | | | | | | | |
| | | | | | | | | | 0.00 |

Sheet no. __1___ of __8___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                          0.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **PHILIP GEORGE ZWEIG**                                      ,     Case No.     **2:12-bk-22024**

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 33253443<br><br>**Bank Of America, N.A.**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC 27410** | | - | | **Opened 8/15/03  Last Active 2/01/04**<br>**NOTICE ONLY** | | | | 0.00 |
| Account No. 6149<br><br>**CAPITAL ONE**<br>**P.O. BOX 30285**<br>**SALT LAKE CITY, UT 84130-0285** | X | - | | **CREDIT CARD PURCHASES** | | | | **Unknown** |
| Account No. 5467-1003-0975-4565<br><br>**CHASE**<br>**CARD MEMBER SERVICES**<br>**P.O. BOX # 94014**<br>**PALATINE, IL 60094-4014** | | - | | **Opened 9/28/95  Last Active 9/07/12**<br>**CREDIT CARD PURCHASES** | | | | **35,632.00** |
| Account No. 626411531<br><br>**Citimortgage Inc**<br>**Po Box 9438**<br>**Gaithersburg, MD 20898** | | - | | **Opened 10/16/03  Last Active 6/01/06**<br>**NOTICE ONLY** | | | | 0.00 |
| Account No. N/A<br><br>**DAVID WEST**<br>**P.O. BOX 17999**<br>**SALEM, OR 97305** | | - | | **FORECLOSED PROPERTY LOCATED AT**<br>**17616 N. 18TH DR PHOENIX, AZ** | | | | **30,000.00** |

Sheet no. __2___ of __8___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**65,632.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re __PHILIP GEORGE ZWEIG_____,  Case No. __2:12-bk-22024_____
_____Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **9031752934** | | - | | **Opened  9/01/02  Last Active  5/01/04** **NOTICE ONLY** | | | | |
| **Downey** **3200 Bristol St** **Costa Mesa, CA 92626-1808** | | | | | | | | 0.00 |
| Account No. **70570001760005156** | | - | | **Opened  9/05/03  Last Active  11/01/03** **NOTICE ONLY** | | | | |
| **First Natl Bank Of Az** **1665 W Alameda Dr** **Tempe, AZ 85282** | | | | | | | | 0.00 |
| Account No. **70570001781006172** | | - | | **Opened  5/14/03** **NOTICE ONLY** | | | | |
| **First Natl Bank Of Az** **1665 W Alameda Dr** **Tempe, AZ 85282** | | | | | | | | 0.00 |
| Account No. **70570001760005314** | | - | | **Opened 10/21/03** **NOTICE ONLY** | | | | |
| **First Natl Bank Of Az** **1665 W Alameda Dr** **Tempe, AZ 85282** | | | | | | | | Unknown |
| Account No. **1115** | X | - | | **REVOLVING ACCOUNT** | | | | |
| **GAP** **100 GAP ONLINE DRIVE** **GROVE CITY, OH 43123** | | | | | | | | Unknown |

Sheet no. __3___ of __8___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **0.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **PHILIP GEORGE ZWEIG** , Case No. **2:12-bk-22024**
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1115** | | | | **REVOLVING ACCOUNT** | | | | |
| **GE CAPITAL** **P.O. BOX 960061** **ORLANDO, FL 32896-0061** | X | - | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. **436003131** | | | | Opened 5/12/03 Last Active 4/01/04 **NOTICE ONLY** | | | | |
| **Gmac Mortgage** **3451 Hammond Ave** **Waterloo, IA 50702** | | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. **436003131** | | | | Opened 5/01/03 Last Active 4/01/04 **NOTICE ONLY** | | | | |
| **Gmac Mtg** **Po Box 890036** **Dallas, TX 75389** | | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. **436487649** | | | | Opened 3/01/03 Last Active 8/01/05 **NOTICE ONLY** | | | | |
| **Gmac Mtg** **Po Box 890036** **Dallas, TX 75389** | | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. **1196532** | | | | Opened 10/06/98 Last Active 5/01/03 **NOTICE ONLY** | | | | |
| **Guaranty Group** **Po Box 40** **Austin, TX 78767** | | - | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __4__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **PHILIP GEORGE ZWEIG** , Case No. __2:12-bk-22024__

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 3029674247 | | | | Opened 5/21/99 Last Active 5/12/00 NOTICE ONLY | | | | |
| Kay Jewelers 375 Ghent Rd Fairlawn, OH 44333 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. 00000000008883225 | | | | Opened 9/04/03 Last Active 11/01/04 NOTICE ONLY | | | | |
| Litton Loan Servicing 4828 Loop Central Dr Houston, TX 77081 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. 7380012009650 | | | | Opened 12/22/06 Last Active 1/01/10 FORECLOSED PROPERTY LOCATED AT 2923 W. COUNTRY GABLES (9/2010) | | | | |
| M&T BANK 1 FOUNTAIN PLZ BUFFALO, NY 14203 | - | | | | | | | |
| | | | | | | | | 155,000.00 |
| Account No. 713006092 | | | | Opened 8/01/04 Last Active 3/01/07 NOTICE ONLY | | | | |
| Mit Po Box 205 Waterloo, IA 50704-4622 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. 4170020204049138 | | | | Opened 4/08/03 Last Active 6/01/04 NOTICE ONLY | | | | |
| Onewest Bank 6900 Beatrice Dr Kalamazoo, MI 49009 | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __5__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

155,000.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __PHILIP GEORGE ZWEIG__ ,    Case No. __2:12-bk-22024__
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **685 W STOTTLER PLACE** **STATEWIDE CONSUMER LAW PROJECT C/O LIZETH FELIX 305 S. 2ND AVE PHOENIX, AZ 85003** | | - | **COLLECTION ACCOUNT FOR LIZETH FE, AZ 85233LIX REGARDING 685 W STOTTLER PLACE GILBERT** | | | | **7,000.00** |
| Account No. 6035320011246921 **Thd/Cbna Po Box 6497 Sioux Falls, SD 57117** | | - | **Opened 5/15/02 Last Active 5/06/05 NOTICE ONLY** | | | | 0.00 |
| Account No. 6035320053346282 **Thd/Cbna Po Box 6497 Sioux Falls, SD 57117** | | - | **Opened 4/25/98 NOTICE ONLY** | | | | 0.00 |
| Account No. 432681787 **Tnb - Target Po Box 673 Minneapolis, MN 55440** | | - | **Opened 12/18/07 Last Active 1/01/09 NOTICE ONLY** | | | | 0.00 |
| Account No. 1115 **UNITED STATES DEPARTMENT OF EDUCATION P.O. BOX 5609 GREENVILLE, TX 75403** | X | - | **STUDENT LOAN** | | | | **Unknown** |

Sheet no. __6__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **7,000.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re    **PHILIP GEORGE ZWEIG**                                      ,    Case No.    **2:12-bk-22024**
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1115**<br><br>**VERIZON**<br>**19734 INTERNATIONAL**<br>**RANCHO CORDOVA, CA 95670** | X | - | **TELEPHONE SERVICES** | | | | **Unknown** |
| Account No. **3803830978030001**<br><br>**Wells Fargo Bank**<br>**Po Box 94435**<br>**Albuquerque, NM 87199** | | - | **Opened  2/16/01  Last Active 11/01/03**<br>**NOTICE ONLY** | | | | **0.00** |
| Account No. **5497140003416875**<br><br>**Wells Fargo Bank**<br>**Po Box 10438**<br>**Des Moines, IA 50306** | | - | **Opened  1/01/95  Last Active  2/01/06**<br>**NOTICE ONLY** | | | | **0.00** |
| Account No. **4465420144**<br><br>**Wells Fargo Bank**<br>**Po Box 14517**<br>**Des Moines, IA 50306** | | - | **Opened  9/11/98**<br>**NOTICE ONLY** | | | | **0.00** |
| Account No. **65065001322741998**<br><br>**Wells Fargo Bank Nv Na**<br>**Po Box 31557**<br>**Billings, MT 59107** | | - | **Opened 12/17/05  Last Active 10/01/09**<br>**REVOLVING ACCOUNT** | | | | **255,000.00** |

Sheet no. __**7**__ of __**8**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **255,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **PHILIP GEORGE ZWEIG** , Case No. **2:12-bk-22024**
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **65065048597901998** <br><br> **Wells Fargo Bank Nv Na** <br> **Po Box 31557** <br> **Billings, MT 59107** | - | | **Opened 8/11/04 Last Active 9/21/05** <br> **NOTICE ONLY** | | | | 0.00 |
| Account No. **65065097477881998** <br><br> **Wells Fargo Bank Nv Na** <br> **Po Box 31557** <br> **Billings, MT 59107** | - | | **Opened 9/16/05 Last Active 12/07/05** <br> **NOTICE ONLY** | | | | 0.00 |
| Account No. **4728843980** <br><br> **Wells Fargo Hm Mortgag** <br> **8480 Stagecoach Cir** <br> **Frederick, MD 21701** | - | | **Opened 8/14/01 Last Active 10/01/03** <br> **NOTICE ONLY** | | | | 0.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __8__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

Total
(Report on Summary of Schedules)            482,632.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **PHILIP GEORGE ZWEIG**                                    ,   Case No.   **2:12-bk-22024**
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **FABIOLA ESPINOZA**<br>**7147 W. WESTVIEW**<br>**PHOENIX, AZ 85030** | **TENANT LEASE** |
| **VERIZON**<br>**19734 INTERNATIONAL**<br>**RANCHO CORDOVA, CA 95670** | **CELLULAR TELEPHONE CONTRACT** |
| **WENDELL ARMSTEAD**<br>**897 E. CHERRY HILLS**<br>**CHANDLER, AZ 85249** | **TENANT LEASE** |

0

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re __PHILIP GEORGE ZWEIG_____,   Case No. __2:12-bk-22024_____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **LEA ZWEIG**<br>**1504 N. EL DORADO COURT**<br>**CHANDLER, AZ 85224** | **GE CAPITAL**<br>**P.O. BOX 960061**<br>**ORLANDO, FL 32896-0061** |
| **LEA ZWEIG**<br>**1504 N. EL DORADO COURT**<br>**CHANDLER, AZ 85224** | **UNITED STATES DEPARTMENT OF EDUCATION**<br>**P.O. BOX 5609**<br>**GREENVILLE, TX 75403** |
| **LEA ZWEIG**<br>**1504 N. EL DORADO COURT**<br>**CHANDLER, AZ 85224** | **CAPITAL ONE**<br>**P.O. BOX 30285**<br>**SALT LAKE CITY, UT 84130-0285** |
| **LEA ZWEIG**<br>**1504 N. EL DORADO COURT**<br>**CHANDLER, AZ 85224** | **BANK OF AMERICA**<br>**P.O. BOX 301200**<br>**LOS ANGELES, CA 90030** |
| **LEA ZWEIG**<br>**1504 N. EL DORADO COURT**<br>**CHANDLER, AZ 85224** | **GAP**<br>**100 GAP ONLINE DRIVE**<br>**GROVE CITY, OH 43123** |
| **LEA ZWEIG**<br>**1504 N. EL DORADO COURT**<br>**CHANDLER, AZ 85224** | **ANN TAYLOR**<br>**P.O. BOX 182273**<br>**COLUMBUS, OH 43218** |
| **LEA ZWEIG**<br>**1504 N. EL DORADO COURT**<br>**CHANDLER, AZ 85224** | **VERIZON**<br>**19734 INTERNATIONAL**<br>**RANCHO CORDOVA, CA 95670** |

0

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re    **PHILIP GEORGE ZWEIG**                                    Case No.    **2:12-bk-22024**
                                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S):<br>**SON**<br>**DAUGHTER** | AGE(S):<br>**7**<br>**9** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **REAL ESTATE** | |
| Name of Employer | **RMLJ HOLDINGS, LLC** | |
| How long employed | **12 YEARS** | |
| Address of Employer | **P.O. BOX 11664**<br>**CHANDLER, AZ 85248** | |

INCOME:  (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | 0.00 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a.  Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
|     b.  Insurance | $ | 0.00 | $ | 0.00 |
|     c.  Union dues | $ | 0.00 | $ | 0.00 |
|     d.  Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 5,591.67 | $ | 0.00 |
| 8. Income from real property | $ | 1,771.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of<br>    dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance<br>(Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income<br>(Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 7,362.67 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 7,362.67 | $ | 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | 7,362.67 | | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **NONE.**

B6J (Official Form 6J) (12/07)

In re **PHILIP GEORGE ZWEIG**        Case No.    **2:12-bk-22024**

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,114.42 |
|     a. Are real estate taxes included?    Yes ___    No **X** | | |
|     b. Is property insurance included?    Yes ___    No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 275.00 |
|           b. Water and sewer | $ | 72.00 |
|           c. Telephone | $ | 65.00 |
|           d. Other   **See Detailed Expense Attachment** | $ | 340.58 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 721.00 |
| 5. Clothing | $ | 195.00 |
| 6. Laundry and dry cleaning | $ | 20.00 |
| 7. Medical and dental expenses | $ | 125.00 |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 132.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|           a. Homeowner's or renter's | $ | 0.00 |
|           b. Life | $ | 0.00 |
|           c. Health | $ | 0.00 |
|           d. Auto | $ | 105.00 |
|           e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|       (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|           a. Auto | $ | 139.00 |
|           b. Other   **MORTGAGES/TAXES/HOA ON RENTAL PROPERTIES** | $ | 737.27 |
|           c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 397.35 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 3,939.83 |
| 17. Other   **EMERGENCY/CONTINGENCY FUND** | $ | 120.00 |
|      Other   **CHILD CARE** | $ | 75.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 8,973.45 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 7,362.67 |
| b.   Average monthly expenses from Line 18 above | $ | 8,973.45 |
| c.   Monthly net income (a. minus b.) | $ | -1,610.78 |

**B6J (Official Form 6J) (12/07)**

In re    **PHILIP GEORGE ZWEIG**          Case No.   **2:12-bk-22024**

Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| CABLE | $ | 103.58 |
| INTERNET | $ | 52.00 |
| GAS HEATING | $ | 95.00 |
| SECURITY ALARM | $ | 52.00 |
| HOA | $ | 38.00 |
| **Total Other Utility Expenditures** | $ | **340.58** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Arizona

In re  **PHILIP GEORGE ZWEIG**

Debtor(s)

Case No.  **2:12-bk-22024**

Chapter  **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **26**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **October 15, 2012**

Signature  **/s/ PHILIP GEORGE ZWEIG**

**PHILIP GEORGE ZWEIG**

Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Arizona

In re __PHILIP GEORGE ZWEIG__      Case No. __2:12-bk-22024__

Debtor(s)      Chapter __7__

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:**<br>**DAVID WEST** | **Describe Property Securing Debt:**<br>**RENTAL PROPERTY LOCATED AT 897 E. CHERRY HILLS**<br>**CHANDLER, AZ 85249** |
|---|---|

Property will be (check one):

■ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt       ■ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:**<br>**DAVID WEST** | **Describe Property Securing Debt:**<br>**RENTAL PROPERTY LOCATED AT 7147 W. WESTVIEW**<br>**PHOENIX, AZ 85030** |
|---|---|

Property will be (check one):

■ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt       ■ Not claimed as exempt

---

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**DAVID WEST** | **Describe Property Securing Debt:**<br>**RENTAL PROPERTY LOCATED AT 7147 W. WESTVIEW**<br>**PHOENIX, AZ 85030** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

---

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**GMAC** | **Describe Property Securing Debt:**<br>**REAL ESTATE LOCATED AT 1933 E. GEMINI PLACE,**<br>**CHANDLER AZ 85249** |

Property will be (check one):

☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
■ Other.  Explain  **DEBTOR WILL RETAIN COLLATERAL AND CONTINUE MAKING PAYMENTS.**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    ☐ Not claimed as exempt

B8 (Form 8) (12/08)

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**JOSEPH ZWEIG** | **Describe Property Securing Debt:**<br>**MOTOR VEHICLE: 2003 MERCEDES BENZ E500 SEDAN**<br>**(VALUATION BASED ON KELLEY BLUE BOOK IN FAIR**<br>**CONDITION WITH 142,000 MILES) LOCATED AT 1933 E.**<br>**GEMINI PLACE, CHANDLER AZ 85249** |

Property will be (check one):
- ☐ Surrendered
- ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other. Explain __DEBTOR WILL RETAIN COLLATERAL AND CONTINUE MAKING PAYMENTS.__ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt
- ☐ Not claimed as exempt

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**NATIONSTAR MORTGAGE** | **Describe Property Securing Debt:**<br>**RENTAL PROPERTY LOCATED AT 897 E. CHERRY HILLS**<br>**CHANDLER, AZ 85249** |

Property will be (check one):
- ☐ Surrendered
- ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ■ Other. Explain __DEBTOR WILL RETAIN COLLATERAL AND CONTINUE MAKING PAYMENTS.__ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt
- ■ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**WELLS FARGO** | **Describe Property Securing Debt:**<br>**REAL ESTATE LOCATED AT 1933 E. GEMINI PLACE,**<br>**CHANDLER AZ 85249** |

Property will be (check one):
- ■ Surrendered            ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt            ☐ Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**WELLS FARGO BUSINESS** | **Describe Property Securing Debt:**<br>**RENTAL PROPERTY LOCATED AT 897 E. CHERRY HILLS**<br>**CHANDLER, AZ 85249** |

Property will be (check one):
- ■ Surrendered            ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt            ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date __October 15, 2012__          Signature __/s/ PHILIP GEORGE ZWEIG__
                                               **PHILIP GEORGE ZWEIG**
                                               Debtor

# United States Bankruptcy Court
### District of Arizona

In re  **PHILIP GEORGE ZWEIG**     Case No.   **2:12-bk-22024**

Debtor(s)     Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept     $     **699.00**

   Prior to the filing of this statement I have received     $     **699.00**

   Balance Due     $     **0.00**

2. $ **306.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **October 15, 2012**

**/s/ Charles M. Leftwich**
**Charles M. Leftwich 018465**
**LEFTWICH & ASSOCIATES, PLLC**
**3816 N. 7th Street**
**Phoenix, AZ 85014**
**602-266-8080  Fax: 602-266-8097**
**LAWYER.LEFTWICH@GMAIL.COM**

---

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## District of Arizona

In re   **PHILIP GEORGE ZWEIG**                  Case No.   **2:12-bk-22024**

                                       Debtor(s)       Chapter   **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| **PHILIP GEORGE ZWEIG** | X   **/s/ PHILIP GEORGE ZWEIG**      **October 15, 2012** |
|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor           Date |
| Case No. (if known)   **2:12-bk-22024** | X |
| | Signature of Joint Debtor (if any)      Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## District of Arizona

In re  **PHILIP GEORGE ZWEIG** _____  Case No.  **2:12-bk-22024**

_____  Debtor(s)  Chapter  **7**

# DECLARATION

I, **PHILIP GEORGE ZWEIG**, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of **7** sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date:  **October 15, 2012** _____  **/s/ PHILIP GEORGE ZWEIG** _____

**PHILIP GEORGE ZWEIG**
Signature of Debtor

Date:  **October 15, 2012** _____  **/s/ Charles M. Leftwich** _____

Signature of Attorney
**Charles M. Leftwich 018465**
**LEFTWICH & ASSOCIATES, PLLC**
**3816 N. 7th Street**
**Phoenix, AZ 85014**
**602-266-8080   Fax: 602-266-8097**

MML-5